**Poliquin & DeGrave LLP**
Douglas M. DeGrave, SBN 100555
ddegrave@pdattorneys.com
James S. Morse, SBN 126212
Jmorse@pdattorneys.com
22972 Mill Creek Drive
Laguna Hills, CA 92653
Tel: (949) 716-8230
Fax: (949) 716-4750

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MONICA CORTES,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE, COSTCO WHOLESALE CORPORATION; DAISY DOE; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 2:22-CV-8821<br><br>[Los Angeles Superior Court Case No.: 22STCV24797]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 USC §§ 1332 AND 1441(B)** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendant, COSTCO WHOLESALE CORPORATION, hereby removes the State Court action described below to the above-captioned court on the following grounds:

///

///

-1-

1. On or about August 1, 2022, plaintiff, MONICA CORTES filed Case No. 2STCV24797 against COSTCO WHOLESALE; COSTCO WHOLESALE CORPORATION; and DAISY DOE in the Superior Court in the State of California for the County of Los Angeles. A true and correct copy of the Complaint is attached hereto as Exhibit "1".

2. The complaint, on its' face, did not provide any basis upon which to remove the case to Federal Court.

3. The correct name of defendant is COSTCO WHOLESALE CORPORATION. COSTCO WHOLESALE CORPORATION is, and at all relevant times was, a corporation duly organized and existing under the laws of the State of Washington, with its principal place of business in Issaquah, Washington. Defendant is not, and was not at any relevant time, a citizen or resident of the State of California.

4. There is no entity known as Costco Wholesale, which has any involvement in this case. It is not a proper party to this litigation.

5. Plaintiff named a defendant as DAISY DOE. No one by that name was employed by Costco in any capacity on August 13, 2020.

6. Since Ms. Doe was not an employee of Costco in any capacity on August 21, 2020, she cannot be liable for the acts alleged by plaintiff.

7. Daisy Doe, who has not been served with the Summons and Complaint, was named to defeat diversity jurisdiction. Since he was not employed by Costco when the incident occurred, her inclusion in this case is improper and constitutes a fraudulent joinder.

8. Plaintiff is, and at all times relevant was, a citizen of California, domiciled and residing in California.

///

9. In light of the fact that plaintiff and defendant reside in separate states, there is diversity.

10. This is a civil action between parties domiciled in different states, over which this Court has original jurisdiction under 28 USC § 1332, and therefore, it may be removed to this Court by defendant, Costco Wholesale Corporation, pursuant to the provisions of 18 USC § 1441(B).

11. It cannot be determined from the Complaint whether the amount in controversy exceeded $75,000.

12. On or about November 1, 2022, plaintiff's attorney served a Statement of Damages pursuant to California Code of Civil Procedure § 425.11. A true and correct copy of the Statement of Damages is attached hereto as Exhibit "2".

13. In the Statement of Damages, plaintiff alleges Special Damages in the amount of $2,000,000 and General Damages in the amount of $3,000,000.

14. On November 16, 2022, I called the office of plaintiff's attorney. Mr. Geoulla was not available. I therefore left a message that I would like to discuss the pleadings, the plaintiff's Statement of Damages, and Removal to Federal Court.

15. Based on the pleadings, the nature and extent of the alleged injuries, the Statement of Damages, and the treatment and recovery claimed, the amount in controversy exceeds the $75,000 jurisdictional limit of the Court.

16. The time in which defendant is required to file a Notice of Removal is not yet expired, as set forth in 28 USC 1446(b)(3).

///

///

17. Removal to this Court is proper, as the Superior Court of the State of California, County of Los Angeles, where this action was commenced, is located within the Central District of California.

18. Defendant will give written notice of the filing of this Notice as required by 28 USC § 2446(d), and will file a copy of this Notice with the Clerk of the Los Angeles Superior Court, as required by 18 USC § 1446(d).

WHEREFORE, defendant, COSTCO WHOLESALE CORPORATION, respectfully requests that the above-captioned matter be removed to this Court.

DATED: December 5, 2022                          **Poliquin & DeGrave LLP**

By: _____
DOUGLAS M. DeGRAVE
JAMES S. MORSE
Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 22972 Mill Creek Drive, Laguna Hills, California 92653.

On December 5, 2022, I served the foregoing document(s) described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 USC §§ 1332 AND 1441(B)**

on the interested parties in this action by placing: [ ] the originals; [X] true copies; thereof enclosed in sealed envelopes addressed as follows:

Daniel D. Geoulla, Esq.
B & D LAW GROUP, APLC
10700 Santa Monica Blvd., Suite 200
Los Angeles, CA  90025
Office:        (310) 424-5252
Facsimile:    (310) 492-5855
E-Mail: daniel@bdinjurylawgroup.com
**ATTORNEY FOR PLAINTIFF,
MONICA CORTES**

[]      (BY MAIL):    I caused such envelope to be deposited in the mail at Laguna Hills, California. The envelope was mailed with postage thereof fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Laguna Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]     **BY ELECTRONIC MAIL:**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification listed herein on this date. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on December 5, 2022 at Laguna Hills, California.

[]      (STATE): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
NORMA A. STEWART