Daniel D. Geoulla, Esq. (SBN: 255800)
daniel@bdinjurylawgroup.com
Mahsa Farid, Esq. (SBN: 288402)
mahsa@bdinjurylawgroup.com
**B & D LAW GROUP, APLC**
10700 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025
Telephone:   (310) 424-5252
Facsimile:    (310) 492-5855
Attorneys for *Plaintiff*,
MONICA CORTES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MONICA CORTES, | Case No.: 2:22-cv-08821-FMO-RAO |
|---|---|
| Plaintiff, | **PLAINTIFF'S FIRST-AMENDED COMPLAINT FOR DAMAGES** |
| v. | |
| COSTCO WHOLESALE; COSTCO WHOLESALE CORPORATION; DAISY MONTEZ; and DOES 2 to 100, inclusive, | |
| Defendants. | |

## I. JURISDICTION AND VENUE

1. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim took place in this district.

2. On or about August 1, 2022, Plaintiff MONICA CORTES (hereinafter, "Plaintiff") filed the above-entitled civil action against Defendants, COSTCO WHOLESALE; COSTCO WHOLESALE CORPORATION; DAISY DOE; and DOES  2 to 100, inclusive (collectively hereinafter, "Defendants") in the Superior Court of the State of California, for the County of Los Angeles, Case No. 22STCV24797.

1
**PLAINTIFF'S FIRST-AMENDED COMPLAINT FOR DAMAGES**

3. On or about December 7, 2022, Defendant, COSTCO WHOLESALE CORPORATION removed this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, Western Division, based on Diversity Jurisdiction, 28 U.S.C. §§ 1332 and 1441(b).

4. Plaintiff, being ignorant of the true name of Defendant DAISY DOE at the time of filing of her complaint in the Superior Court and Plaintiff's undersigned counsel having subsequently discovered the true name of said Defendant to be DAISY MONTEZ, Plaintiff hereby amends this District Court Complaint by substituting the true name for the fictitious name, wherever it appears in the Complaint.

## II. PARTIES

5. Plaintiff MONICA CORTEZ was, at all relevant times herein, an individual residing in Los Angeles County, California.

6. Plaintiff is informed and believes, and thereon alleges, that at all relevant times herein, Defendant COSTCO WHOLESALE CORPORATION was, and now is, a corporation organized and existing under and by virtue of the laws of the State of Washington, that said Defendant was and is authorized to do and is doing business in the State of California and that said Defendant has regularly conducted business in the State of California.

7. Plaintiff is informed and believes, and thereon alleges, that Defendant DAISY MONTEZ was, at all relevant times herein, an individual residing in Los Angeles County, California.

8. At all relevant times herein, Defendants were, including but not limited to, public or private entities, business entities, limited liability companies, corporations, partnerships and/or individuals doing business in the State of California, County of Los Angeles.

9. Plaintiff does not know the true names or capacities of the

2
**PLAINTIFF'S FIRST-AMENDED COMPLAINT FOR DAMAGES**

Defendants sued herein under the fictitious names DOES 2 through 100, inclusive. Plaintiff is informed and believes, and alleges thereon, that each of those Defendants were in some way legally responsible for the occurrences alleged in this complaint and for Plaintiff's damages.

10. Plaintiff is further informed and believes and thereon alleges that Defendants, and each of them, are agents, employers, owners, managers, partners, joint-venturers, successors, and/or *alter-egos* of one another; a unity of interests among defendants and to adhere to the fiction of their separate existence would sanction a fraud and promote injustice.

11. Defendants have failed to adequately disclose information and thus the true names and identities of Does 2 through 100 are presently unknown to Plaintiff. Plaintiff is informed and believes and thereon alleges that each such Defendant is in some way responsible and liable for the events or happenings alleged in this Complaint.

### III. GENERAL ALLEGATIONS

12. On or about August 13, 2020, Plaintiff was lawfully on Defendants' premises, located at or about 2640 Lomita Blvd., Torrance, CA 90505 (hereinafter, the "Subject Premises"), when suddenly and without notice, Plaintiff slipped and fell on an unknown liquid substance that presented a dangerous condition.

13. Defendants breached their duty to Plaintiff by failing to address, alleviate, remove and/or remedy the dangerous condition on Defendants' premises, and by failing to warn their customers, including Plaintiff, of the presence of such a dangerous condition, despite having adequate time and notice to do so.

14. The above-described conduct of Defendants, and each of them, by and through their officers, directors, employees and/or managing agents, was

carried out with disregard for the rights and of the safety of their customers, including Plaintiff.

15. As a proximate result of the conduct of Defendants, and each of them, Plaintiff sustained severe personal injuries, loss of wages, hospital and medical expenses, general damages, loss of earning capacity, as well as other damages, according to proof.

## IV. CAUSES OF ACTION

FIRST CAUSE OF ACTION

PREMISES LIABLITY

(Against All Defendants)

16. Plaintiff re-alleges and incorporates by reference the allegations set forth above in paragraphs 1 through 14, inclusive, as though set forth in full.

17. Plaintiff is informed and believes, and thereupon alleges, that at all times herein mentioned, Defendants, inclusive and each of them, by and through their officers, directors, employees and/or managing agents, owned, operated, leased, rented, built, constructed, developed, designed, maintained, inspected, repaired, managed, assembled, tested, modified, serviced, supervised, hired/trained for and/or otherwise controlled the Subject Premises when Plaintiff was injured.

18. Defendants, inclusive and each of them, by and through their officers, directors, employees and/or managing agents had a duty to exercise reasonable care for the health and safety of persons lawfully on the Subject Premise, including Plaintiff. Defendants breached these duties.

19. Defendants, inclusive and each of them, negligently and carelessly, by and through their officers, directors, employees and/or managing agents, breached their duty to Plaintiff by failing to address, alleviate, remove and/or remedy the defective and dangerous condition on Defendants' premises, and failed to warn their customers, including Plaintiff, of the presence of such a

dangerous condition, despite having adequate time and notice to do so.

20. This conduct by Defendants, and each of them, caused Plaintiff to suffer severe injuries for which he received reasonable and necessary medical care and treatment.

## SECOND CAUSE OF ACTION

## GENERAL NEGLIGENCE, NEGLIGENT SUPERVISION, NEGLIGENT HIRING, NEGLIGENT RETENTION, NEGLIGENT TRAINING

(Against All Defendants)

21. Plaintiff realleges and incorporates by reference the allegations set forth above in paragraphs 1 through 14, inclusive, as though set forth in full.

22. Defendants, inclusive and each of them, failed to use ordinary and reasonable care to prevent harm to Plaintiff, and were thereby negligent in the acts and omissions set forth herein.

23. Defendants so negligently owned, operated, maintained, entrusted, and/or controlled the Subject Premises.

24. Defendants owed Plaintiff a legal duty or duties. Defendants breached their duty or duties to Plaintiff. As a result of these acts or omissions, Defendants actually and proximately caused the Plaintiff personal injuries and damages in an amount according to proof at trial.

25. Plaintiff is further informed and believes, and thereon alleges, that Defendants were subject to and violated, ADA, California Health & Safety Codes, building codes, and/or ordinances and these violations actually and legally caused Plaintiff's damages, the occurrence resulting in the damages was of a nature that the regulation was designed to prevent and Plaintiff was among the class of persons for whose protection the regulations were adopted.

26. By reason of the foregoing, Defendants, and each of them, are liable for, and Plaintiff is entitled to recover, Plaintiff's general, special, actual, and compensatory damages, including but not limited to, Plaintiff's necessary medical

5
**PLAINTIFF'S FIRST-AMENDED COMPLAINT FOR DAMAGES**

and related expenses, past, present and future lost earnings, loss of future earning capacity, as well as mental, emotional, and physical pain and suffering, in an amount according to proof at trial.

27. Furthermore, Defendants so negligently hired, trained, supervised, and retained their workers.

28. Defendants, and each of them, had a duty of care in the hiring, retention, training and/or supervision of one or more of their employees, contractors or agents.

29. One or more of Defendants' employees, contractors or agents was unfit or incompetent to perform the work for which they were hired.

30. Defendants knew or should have known that these employees, contractors or agents were unfit or incompetent and that this unfitness or incompetence created a particular risk of harm to others, including Plaintiff.

31. In failing to exercise reasonable care in the hiring, supervision, training and/or retention of one or more employees, contractors or agents, Defendants, and each of them, breached a duty of care owed to Plaintiff.

32. As a direct and proximate result of the negligence, recklessness, carelessness and other wrongdoing of Defendants, Plaintiff suffered injuries and damages as alleged herein.

///
///
///
///
///
///
///
///
///

6

**PLAINTIFF'S FIRST-AMENDED COMPLAINT FOR DAMAGES**

## V. PRAYER FOR RELIEF

Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages according to proof;
2. For economic damages, according to proof;
3. For costs of suit incurred herein;
4. For such other and further relief as this Court may deem just and proper.

DATED: January 25, 2023     B & D LAW GROUP APLC

By: _____
Daniel D. Geoulla, Esq.
Mahsa Farid, Esq.
Attorneys for *Plaintiff*, MONICA CORTES
E-mail: daniel@bdinjurylawgroup.com
mahsa@bdinjurylawgroup.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 10700 Santa Monica Blvd., Suite 200, Los Angeles, CA 90025.

On January 25, 2023, I served the foregoing documents described as: **PLAINTIFF'S FIRST-AMENDED COMPLAINT FOR DAMAGES** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

James Morse, Esq.
Poliguin & DeGrave LLP
22972 Mill Creek Drive
Laguan Hills, CA 92653
E-mail: jmorse@pdattorneys.com

__X__ (BY ELECTRONIC TRANSMISSION). By e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided, during the Coronavirus (Covid-19) pandemic, this office will be using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

_____ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles County, California. The envelope was mailed with postage thereon fully prepaid.

_____ (BY FIRM PRACTICE) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

__X__ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X___ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on the 25th day of January 2023 at Los Angeles, California.

*mallory christman*
Mallory Christman